UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarence James Dickens,   Civil 12-1567 PJS/FLN

    Plaintiff,

v.   O R D E R

Tom Roy, Michelle Smith, et al.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 10, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. Plaintiff's motion for appointment of counsel, (Docket No. 3), is **DENIED**;

3. Plaintiff's motion for production of documents, (Docket No. 4), is **DENIED**; and

4. This action is **DISMISSED WITHOUT PREJUDICE**.


DATED: October 30, 2012.     s/Patrick J. Schiltz
at Minneapolis, Minnesota   JUDGE PATRICK J. SCHILTZ
                                                       United States District Court